**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS**

| | | |
|---|---|---|
| In re: BRUCE STONE, SR. | § | Case No. 11-83993 |
| MARY STONE | § | |
| | § | |
| Debtors | § | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/12/2011.

2) The plan was confirmed on 07/13/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/19/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/06/2012, 01/04/2013.

5) The case was dismissed on 02/22/2013.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 19.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $13,304.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 8,700.00 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 8,700.00 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 425.74 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 3,925.74 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTY BERNARD NATALE | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Sec | 6,702.49 | 175,792.45 | 0.00 | 0.00 | 0.00 |
| NATIONAL CAPITAL | Sec | 3,000.00 | 8,958.44 | 3,000.00 | 951.61 | 344.75 |
| NATIONAL CAPITAL | Uns | 6,141.23 | 0.00 | 5,958.44 | 0.00 | 0.00 |
| WELLS FARGO DEALER SERVICES | Sec | 5,000.00 | 7,650.00 | 7,650.00 | 2,760.12 | 717.78 |
| WELLS FARGO DEALER SERVICES | Uns | 2,873.62 | 615.65 | 615.65 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 900.00 | 8,937.18 | 8,937.18 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 79.92 | 79.92 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,115.05 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Uns | 238.16 | 1,094.42 | 1,094.42 | 0.00 | 0.00 |
| AQUA ILLINOIS INC | Uns | 358.54 | NA | NA | 0.00 | 0.00 |
| ARROW FINANCIAL | Uns | 720.81 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL | Uns | 1,028.00 | 1,027.95 | 1,027.95 | 0.00 | 0.00 |
| CIT BANK / FINGERHUT DIRECT | Uns | 451.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 740.48 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 613.00 | NA | NA | 0.00 | 0.00 |
| EMPIRE HOME SERVICES / GEMB | Uns | 2,593.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY COMPANY | Uns | 348.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PREMIER BANKCARD/CHARTER | Uns | 503.00 | 503.35 | 503.35 | 0.00 | 0.00 |
| MEDCLEAR INC | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 360.00 | 1,513.24 | 1,513.24 | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 436.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 227.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 323.46 | 238.54 | 238.54 | 0.00 | 0.00 |
| OSF MEDICAL GROUP | Uns | 50.00 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT | Uns | 392.65 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY CONSULTANTS OF | Uns | 52.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 436.50 | 436.50 | 436.50 | 0.00 | 0.00 |
| ROCKFORD MEMORIAL HOSPITAL | Uns | 3,980.67 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 20.00 | 8,955.89 | 8,955.89 | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 42.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 80.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 82.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 445.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 743.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 492.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 681.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD RADIOLOGY ASSOC | Uns | 615.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD UROLOGICAL | Uns | 1,143.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 491.60 | 42,183.55 | 42,183.55 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 60.13 | 60.13 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Uns | 0.00 | 76.98 | 76.98 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 0.00 | 1,386.77 | 1,386.77 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 0.00 | 35.00 | 35.00 | 0.00 | 0.00 |
| CRUSADER CENTRAL CLINIC | Uns | 0.00 | 208.00 | 208.00 | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 0.00 | 720.81 | 720.81 | 0.00 | 0.00 |
| CREDITORS PROTECTION SERVICE, | Uns | 0.00 | 4,200.00 | 4,200.00 | 0.00 | 0.00 |
| SWEDISH AMERICAN | Uns | 491.60 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 10,650.00 | $ 3,711.73 | $ 1,062.53 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 10,650.00 | $ 3,711.73 | $ 1,062.53 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 8,937.18 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 8,937.18 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 69,295.14 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 3,925.74 |
| Disbursements to Creditors | $ 4,774.26 |
| **TOTAL DISBURSEMENTS:** | $ 8,700.00 |

UST Form 101-13-FR-S (9/1/2009)

      12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  04/24/2013            By:  /s/ Lydia S. Meyer
                                                                Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.